COMMONWEALTH of Pennsylvania,
Appellee

v.

Dennis Anthony CANGIARELLA,
Appellant.

Supreme Court of Pennsylvania.

Argued March 9, 2011.

Decided Dec. 22, 2011.

Jason Michael Leon, Amori & Riegel, LLC, Stroudsburg, for Dennis Anthony Cangiarella,.

Elmer D. Christine Jr., Monroe County District Attorney's Office, East Stroudsburg, Donald Leeth, Colleen Mancuso, Stroudsburg, for Commonwealth of Pennsylvania.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**